AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC AM9:31
RECEIVED FEB 21 '25

| United States of America<br>v.<br>TORRIAN MARSHALL<br><br>*Defendant* | ) Case: 1:25-cr-00030<br>) Assigned To : Reyes, Ana C.<br>) Assign. Date : 1/28/2025<br>) Description: INDICTMENT (B) |
|---|---|

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   **TORRIAN MARSHALL**,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year

Date: 01/28/2025

*Issuing officer's signature*

City and state:   Washington, DC

Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 2/28/25, and the person was arrested on *(date)* 2/27/25
at *(city and state)* PG County, Maryland.

Date: 02/28/25

*Arresting officer's signature*

Matthew Nasen, Special Agent ATF
*Printed name and title*