UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TORRIAN MARSHALL,<br>             Defendant. | Case No. 25-CR-00030 (ACR) |

### NOTICE OF DISCOVERY

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court and defense that the attached discovery letter of March 5, 2025, is being provided to the defense in this matter.

Respectfully submitted,

EDWARD R. MARTIN, JR.
UNITED STATES ATTORNEY
D.C. Bar No. 481866

By:   /s/ *Jared English*
JARED ENGLISH
Assistant United States Attorney
D.C. Bar No. 1023926
601 D Street, N.W.
Washington, D.C. 20530
202-465-0089
Jared.English@usdoj.gov



U.S. Department of Justice

Edward R. Martin, Jr.
United States Attorney
*District of Columbia*

*601 D Street N.W.*
*Washington, D.C. 20530*

March 5, 2025

**VIA EMAIL**
Elizabeth Mullins Esq.
Elizabeth_Mullin@fd.org

      **Re**:    <u>United States v. Torrian Marshall</u>
              25-CR-00030 (ACR)

Dear Counsel:

    I write to provide you with a list of the discovery that has been provided to you to date in the above-captioned case.

I. **Discovery**

   A. **2025.03.05 - Production 1**

On March 5, 2025, the government sent 39 files for CCN 22116037 and 126 files in CCN 23056526 to defense counsel via evidence.com.

On March 5, 2025, the following documents and discovery materials were disclosed to you via USAfx in a folder labeled "U.S. v. Torrian Marshall - 25-cr-00030 (ACR)":

1. *Bar Codes File Folder*
    a. Barcodes 22116037 (12 pages)
    b. Barcodes 23056526 (11 pages)

2. *BWC Photos File Folder*
    a. CCN 23056526 (96 files)

- 20230412_-_FUGITIVE_-_574_NEWCOMB_ST_SE_APT_4.jpg
- 20230412_-_FUGITIVE_-_574_NEWCOMB_ST_SE_APT_4-2.jpg
- 20230412_-_FUGITIVE_-_574_NEWCOMB_ST_SE_APT_4-3.jpg
- Axon_Capture_Photo_2023-04-12_065542_8170.jpg
- Axon_Capture_Photo_2023-04-12_065608_8170.jpg
- Axon_Capture_Photo_2023-04-12_065614_8170.jpg
- Axon_Capture_Photo_2023-04-12_070318_7050.jpg
- Axon_Capture_Photo_2023-04-12_070323_7050.jpg
- Axon_Capture_Photo_2023-04-12_070513_7050.jpg
- Axon_Capture_Photo_2023-04-12_075430_8170.jpg
- Axon_Capture_Photo_2023-04-12_075434_8170.jpg
- Axon_Capture_Photo_2023-04-12_075437_8170.jpg
- Axon_Capture_Photo_2023-04-12_084802_8170.jpg
- Axon_Capture_Photo_2023-04-12_084825_8170.jpg
- Axon_Capture_Photo_2023-04-12_085021_8170.jpg
- Axon_Capture_Photo_2023-04-12_102339_7050.jpg
- Axon_Capture_Photo_2023-04-12_102339_7050-2.jpg
- Axon_Capture_Photo_2023-04-12_102339_7050-3.jpg
- Axon_Capture_Photo_2023-04-12_112526_9643.jpg
- Axon_Capture_Photo_2023-04-12_112534_9643.jpg
- Axon_Capture_Photo_2023-04-12_112752_9643.jpg
- Axon_Capture_Photo_2023-04-12_112801_9643.jpg
- Axon_Capture_Photo_2023-04-12_112912_9643.jpg
- Axon_Capture_Photo_2023-04-12_112930_9643.jpg
- Axon_Capture_Photo_2023-04-12_113207_9695.HEIC
- Axon_Capture_Photo_2023-04-12_113458_9643.jpg
- Axon_Capture_Photo_2023-04-12_113543_9643.jpg
- Axon_Capture_Photo_2023-04-12_113549_9643.jpg
- Axon_Capture_Photo_2023-04-12_113635_9643.jpg
- Axon_Capture_Photo_2023-04-12_113649_9643.jpg
- Axon_Capture_Photo_2023-04-12_113711_9643.jpg
- Axon_Capture_Photo_2023-04-12_113746_9643.jpg
- Axon_Capture_Photo_2023-04-12_113821_9643.jpg
- Axon_Capture_Photo_2023-04-12_114011_9643.jpg
- Axon_Capture_Photo_2023-04-12_114102_9643.jpg
- Axon_Capture_Photo_2023-04-12_114132_9643.jpg
- Axon_Capture_Photo_2023-04-12_114413_9695.HEIC
- Axon_Capture_Photo_2023-04-12_114415_9695.HEIC
- Axon_Capture_Photo_2023-04-12_115018_9695.HEIC
- Axon_Capture_Photo_2023-04-12_115022_9643.jpg
- Axon_Capture_Photo_2023-04-12_115023_9643.jpg
- Axon_Capture_Photo_2023-04-12_115023_9695.HEIC
- Axon_Capture_Photo_2023-04-12_115029_9695.HEIC
- Axon_Capture_Photo_2023-04-12_115413_9695.HEIC
- Axon_Capture_Photo_2023-04-12_115416_9695.HEIC
- Axon_Capture_Photo_2023-04-12_115552_9695.HEIC
- Axon_Capture_Photo_2023-04-12_115553_9695.HEIC
- Axon_Capture_Photo_2023-04-12_115556_9695.HEIC
- Axon_Capture_Photo_2023-04-12_120510_9643.jpg
- Axon_Capture_Photo_2023-04-12_124533_9695.HEIC
- Axon_Capture_Photo_2023-04-12_125021_9695.HEIC
- Axon_Capture_Photo_2023-04-12_125441_9695.HEIC
- Axon_Capture_Photo_2023-04-12_125507_9695.HEIC
- Axon_Capture_Photo_2023-04-12_125942_9695.HEIC
- Axon_Capture_Photo_2023-04-12_130133_9695.HEIC
- Axon_Capture_Photo_2023-04-12_130311_9695.HEIC

...

- IMG_1734.JPG
- IMG_1735.JPG
- IMG_1736.JPG
- IMG_1737.JPG
- IMG_1738.JPG
- IMG_1739.JPG
- IMG_1740.JPG
- IMG_1741.JPG
- IMG_1742.JPG
- IMG_1743.JPG
- IMG_1744.JPG
- IMG_1745.JPG
- IMG_1746.JPG
- IMG_1747.JPG
- IMG_1748.JPG
- IMG_1750.JPG
- IMG_1751.JPG
- IMG_1752.JPG
- IMG_1753.JPG
- IMG_1754.JPG
- IMG_1756.JPG
- IMG_1757.JPG
- IMG_1758.JPG
- IMG_1759.JPG
- IMG_1760.JPG
- IMG_1761.JPG
- IMG_1762.JPG
- IMG_1763.JPG
- IMG_1764.JPG
- IMG_1765.JPG
- IMG_1766.JPG
- IMG_1767.JPG
- IMG_1768.JPG
- IMG_1769.JPG
- IMG_1770.JPG
- IMG_1771.JPG
- IMG_1772.JPG
- IMG_1773.JPG
- IMG_1774.JPG
- IMG_1775.JPG

3. *DIMS Photo File Folder*
    a. CCN 22116037 (59 items)

M8D84149.JPG
M8D84150.JPG
M8D84151.JPG
M8D84152.JPG
M8D84153.JPG
M8D84154.JPG
M8D84155.JPG
M8D84156.JPG
M8D84157.JPG
M8D84158.JPG
M8D84159.JPG
M8D84160.JPG
M8D84161.JPG
M8D84162.JPG
M8D84163.JPG
M8D84164.JPG
M8D84165.JPG
M8D84166.JPG
M8D84167.JPG
M8D84168.JPG
M8D84169.JPG
M8D84170.JPG
M8D84171.JPG
M8D84172.JPG
M8D84173.JPG
M8D84174.JPG
M8D84175.JPG
M8D84176.JPG
M8D84177.JPG
M8D84178.JPG
M8D84179.JPG
M8D84180.JPG
M8D84181.JPG
M8D84182.JPG
M8D84183.JPG
M8D84184.JPG
M8D84185.JPG
M8D84186.JPG
M8D84187.JPG
M8D84188.JPG
M8D84189.JPG
M8D84190.JPG
M8D84191.JPG
M8D84192.JPG
M8D84193.JPG
M8D84194.JPG
M8D84195.JPG
M8D84196.JPG
M8D84197.JPG
M8D84198.JPG
M8D84199.JPG
M8D84200.JPG
M8D84201.JPG
M8D84202.JPG
M8D84203.JPG
M8D84204.JPG
M8D84205.JPG
M8D84206.JPG
M8D84207.JPG

b. CCN 23056526 (40 items)

IMG_1734.JPG
IMG_1735.JPG
IMG_1736.JPG
IMG_1737.JPG
IMG_1738.JPG
IMG_1739.JPG
IMG_1740.JPG
IMG_1741.JPG
IMG_1742.JPG
IMG_1743.JPG
IMG_1744.JPG
IMG_1745.JPG
IMG_1746.JPG
IMG_1747.JPG
IMG_1748.JPG
IMG_1750.JPG
IMG_1751.JPG
IMG_1752.JPG
IMG_1753.JPG
IMG_1754.JPG
IMG_1756.JPG
IMG_1757.JPG
IMG_1758.JPG
IMG_1759.JPG
IMG_1760.JPG
IMG_1761.JPG
IMG_1762.JPG
IMG_1763.JPG
IMG_1764.JPG
IMG_1765.JPG
IMG_1766.JPG
IMG_1767.JPG
IMG_1768.JPG
IMG_1769.JPG
IMG_1770.JPG
IMG_1771.JPG
IMG_1772.JPG
IMG_1773.JPG
IMG_1774.JPG
IMG_1775.JPG

4. *DNA File Folder*
   a. Torrian_Marshall_DNA_Lab_Report_2023-01476-2LR (3 pages)
   b. Torrian_Marshalll_DNA_Lab_Report_2023-01476-4LR (6 pages)

5. *Forensics File Folder*
   a. *CCN 22116037*
      i. 22116037 CSE 22116037 (4 pages)
      ii. 22116037 css evidence log 08-13-2022 (2 pages)
      iii. 22116037 css scene (7 pages)

   b. *CCN 23056526*
      i. 23056526-200725002-200708035 ATF NIBIN LEAD (10 pages)

6. *MPD CCTV File Folder*

a. CCN 23056526
- 7D300boParklandPISE6000-Camera-01-2023-04-12-05-00-00-2023-04-12-06-00-00.g64x
- 7D300boParklandPISE6000-Camera-01-2023-04-12-06-00-00-2023-04-12-07-00-00.g64x
- 7D300boParklandPISE6000-Camera-02-2023-04-12-05-00-00-2023-04-12-06-00-00.g64x
- 7D300boParklandPISE6000-Camera-02-2023-04-12-06-00-00-2023-04-12-07-00-00.g64x
- 7D300boParklandPISE6000-Camera-03-2023-04-12-05-00-00-2023-04-12-06-00-00.g64x
- 7D300boParklandPISE6000-Camera-03-2023-04-12-06-00-00-2023-04-12-07-00-00.g64x
- 7D300boParklandPISE6000-Camera-04-2023-04-12-05-00-00-2023-04-12-06-00-00.g64x
- 7D300boParklandPISE6000-Camera-04-2023-04-12-06-00-00-2023-04-12-07-00-00.g64x
- 7D300boParklandPISE6000-Camera-05-2023-04-12-05-00-00-2023-04-12-06-00-00.g64x
- 7D300boParklandPISE6000-Camera-05-2023-04-12-06-00-00-2023-04-12-07-00-00.g64x
- 7D300boParklandPISEPTZ-Camera-01-2023-04-12-05-00-00-2023-04-12-06-00-00.g64x
- 7D300boParklandPISEPTZ-Camera-01-2023-04-12-06-00-00-2023-04-12-07-00-00.g64x

7. *NIBIN File Folder*
    a. *CCN 22116037*
        i. 2022.08.12 - NIBIN Lead (6 pages)
    b. *CCN 23056526*
        i. 2023.04.12 - NIBIN Lead (10 pages)

8. *PD81 File Folder*
    a. *CCN 23056526*
        i. PD81 (6 pages)

9. *Police Paperwork File Folder*
    a. *PG Co. Paperwork*
        i. Assault RMS 6623 Valley Park Rd_Redacted (10 pages)
        ii. Crime Solvers Reward Flyer, Murder #22-58, Antonio Parker Jr. (1 page)
        iii. RMS Report, 22-0038697, 6301 Seat Pleasant Drive (7 pages)
    b. *RMS*
        i. *CCN 22116037*
            1. 1_22116037 css evidence log 08-13-2022 (2 pages)
            2. 1_CCN _ 22116037 - Combined Reports_Redacted (41 pages)
            3. 3_AR NCIC (1 page)
            4. 4_GLOCK NCIC (1 page)
            5. 5_SW9VE NCIC(1 page)
            6. 6_m1.jpg
            7. 7_m1.jpg
            8. 22116037 Barcodes (12 pages)

        ii. *CCN 23056526*
            1. Gun Certification Check
                a. LU#48 MARSHALL TORRAIN JUSTIN 23056526 (2 pages)
            2. Misc.
                a. 1_CCN _ 23056526 - Combined Reports_Redacted (44 pages)
                b. 1482_001 (6 pages)

7

   c. 2023.04.12 – Gerstein (2 pages)
   d. 23056526 Barcodes (12 pages)

  3. Report Packet - 23056526 Arrest
   a. 1_CCN 23056526 PD 81 (2 pages)
   b. 3_Torrian Marshall PD256.jpg
   c. 4_Torrian Marshall WALES NCIC 2 (4 pages)
   d. 5_Torrian Marshall WALES NCIC (3 pages)
   e. 6_m1.jpg

  4. Report Packet - 23056526 Offense_Incident_ Fugitive From Justice
   - 1_m1.jpg
   - 2_m1.jpg

  5. Tip Info
   - 574 newcomb st se#4 docs.pdf
   - COVER LETTER 23-03339.doc
   - image002.png

  6. Warrant
   - 1_574 newcomb st se_4 docs.pdf
   - 2_m1.jpg
   - 3_m1.jpg

10. Radio Run File Folder
  a. CCN 22116037 (11 files)
   - 7D TAC.wma
   - 7D.wma
   - Authentication Certificate - Smith.pdf
   - CW1.wma
   - D2208130026.pdf
   - I20220404873.pdf
   - I20220404885.pdf
   - I20220404889.pdf
   - I20220404933.pdf
   - I20220405069.pdf
   - I20220405114.pdf
  b. CCN 23056526 (4 files)
   - 7D TAC.wma
   - 7D.wma
   - 23-056526.pdf
   - Authentication Certificate - Ford.pdf

**Please view/download these items at your earliest convenience as they will be automatically deleted forty-five (45) days after the date they were uploaded pursuant to USAfx's automated retention policy.**

           Sincerely,

                    EDWARD R. MARTIN, JR.
                    UNITED STATES ATTORNEY
                    D.C. Bar No. 481866

By:      /s/ *Jared English*
         JARED ENGLISH
         Assistant United States Attorney
         D.C. Bar No. 1023926
         601 D Street, N.W.
         Washington, D.C. 20530
         202-465-0089
         Jared.English@usdoj.gov


cc:    District Court Case File (without attachments)