# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TORRIAN MARSHALL<br><br>    Defendant. | Crim. Action No. 1:25CR30-ACR |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD AND TO APPOINT CJA COUNSEL EDWARD UNGVARSKY

Comes now, Elizabeth Mullin, Assistant Federal Public Defender, and respectfully moves this Court to permit undersigned counsel to withdraw as counsel of record in the above-captioned matter. Undersigned counsel was appointed to represent Mr. Marshall on March 4, 2025. Mr. Marshall has since indicated that he does not want the Federal Public Defender, specifically, undersigned counsel, to represent him. Criminal Justice Act counsel, Edward Ungvarsky, has agreed to represent Mr. Marshall. Mr. Marshall approves of Mr. Ungvarsky's appointment.

Accordingly, undersigned counsel moves this Court for permission to withdraw and moves the Court to appoint Edward Ungvarsky to represent Mr. Marshall in the above-captioned matter.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
ELIZABETH MULLIN
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550

Washington, D.C. 20004
(202) 208-7500